# United States Court of Appeals
## For the First Circuit

No. 14-1933

UNITED STATES

Appellee

v.

PABLO CASELLAS-TORO

Defendant - Appellant

**MANDATE**

Entered: January 28, 2016

    In accordance with the judgment of December 7, 2015, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

/s/ Margaret Carter, Clerk

cc:
Kirby Heller
Kimberly Homan
Francisco Rebollo-Casalduc
Martin G. Weinberg